NOTE:  This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**STEPHEN P. TROY, JR.,**
*Plaintiff-Appellant,*

**v.**

**SAMSON MANUFACTURING CORPORATION,**
*Defendant-Appellee.*

---

2013-1434, -1471

---

Appeals from the United States District Court for the District of Massachusetts in No. 11-CV-10384, Judge William G. Young.

---

**ON MOTION**

---

**O R D E R**

Stephen P. Troy, Jr. moves without opposition to dismiss the above-captioned appeals.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  The motion is granted. The appeals are dismissed.

(2)  Each side shall bear its own costs.

TROY v. SAMSON MANUFACTURING CORP.                    2

FOR THE COURT


 /s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk


ISSUED AS A MANDATE: August 5, 2013


s21